DAVID J. VAN HAVERMAAT (Cal Bar No. 175761)
Email: vanhavermaatd@sec.gov
TERI M. MELSON (Cal. Bar No. 185209)
Email: melsont@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Regional Trial Counsel
444 S. Flower St., Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GOLD-QUEST INTERNATIONAL, DAVID GREENE a/k/a LORD DAVID GREENE a/k/a DAVID GREEN, JOHN JENKINS and MICHAEL MCGEE,<br><br>Defendants. | Case No. 08-CV-00566-KJD-LRL<br><br>**JOINT STIPULATION TO REAPPOINT RECEIVER FOR LIMITED PURPOSE OF EXECUTING FINAL CONSENT JUDGMENT ON BEHALF OF GOLD-QUEST INTERNATIONAL** |

  WHEREAS, on May 14, 2008, the Court entered its Preliminary Injunction and Orders: (1) Freezing Assets; (2) Appointing Permanent Receiver; and other relief (Doc. No. 46) (the "Permanent Receiver Order") which, *inter alia*, appointed Cook Receiver Services, Inc. (the "Receiver") as the permanent receiver of defendant Gold-Quest International ("Defendant"); and

  WHEREAS, the Permanent Receiver Order provided, *inter alia*, that the Receiver had full power to exercise all lawful powers of Defendant; and

  WHEREAS, on January 26, 2010, the Court entered its Order Approving Fifth and Final Status Report and Request to Grant Receiver's Motion to Terminate Receivership (Doc. No. 294) (the "Receivership Termination Order"); and

  WHEREAS, the Receivership Termination Order provided, *inter alia*, that the Receivership was terminated upon the Receiver filing a Notice that he had transferred the net proceeds of the Receivership Estate to the United States Securities and Exchange Commission ("SEC"); and

  WHEREAS, the Receiver filed his Notice of Compliance on July 22, 2010 (Doc. No. 296); and

  WHEREAS, the SEC is prepared to seek final judgment against Defendant, but first requires the Receiver's execution of the consent; and

  WHEREAS final judgments have already been entered against all other defendants in this action; and

  WHEREAS, accordingly, the SEC requests that the Court's reappoint the Receiver for the limited purpose of executing the proposed consent judgment.

  IT IS HEREBY STIPULATED by and between the parties hereto and their counsel of record that: (1) Cook Receiver Services, Inc. is hereby reappointed as Receiver for Gold-Quest International in this case for the limited purpose of

executing a consent judgment on behalf of Gold-Quest International; (2) Cook Receiver Services, Inc. is not required to post a bond for the limited purpose of this Order; and (3) upon the Court's entry of any consent judgment as to Gold-Quest International, Cook Receiver Services, Inc. is immediately terminated as Receiver in this proceeding, Cook Receiver Services, Inc. and its staff shall be discharged from all liability, and the Receivership shall be terminated.

Dated:  August 29, 2016          SECURITIES AND EXCHANGE COMMISSION

/s/ David J. Van Havermaat
David J. Van Havermaat
Teri M. Melson
Attorneys for Plaintiff
Securities and Exchange Commission

Dated:  August 29, 2016          GOLD-QUEST INTERNATIONAL

/s/ Brian M. Holland
Brian M. Holland (admitted *pro hac vice*)
Lathrop & Gage, LLP
Attorney for Cook Receiver Services, Inc., Receiver

**IT IS SO ORDERED.**

DATED:  8/30/2016

_____
THE HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

2